UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZEPEDA,<br><br>   Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>   Defendant. | CASE NO. 15-4054 AGR<br><br>JUDGMENT |

  IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: December 17, 2015

            /s/ Alicia G. Rosenberg
            ALICIA G. ROSENBERG
            United States Magistrate Judge